JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA J. WILDER<br><br>    Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; and "ALL PERSONS or ENTITIES UNKNOWN CLAIMING ANY LEGAL or EQUITABLE RIGHT, TITLE, ESTATE, LIEN, or INTEREST in the PROPERTY DESCRIBED in this COMPLAINT ADVERSE to PLAINTIFF'S TITLE, or ANY CLOUD UPON PLAINTIFF'S TITLE THERETO" AND DOES 1-25, INCLUSIVE,<br><br>    Defendants. | CASE NO. CV 14-00670 MMM (CWx)<br><br>JUDGMENT FOR DEFENDANT |

On June 30, 2014, the court entered an order granting defendant's motion to dismiss with prejudice. Accordingly,

    IT IS ORDERED AND ADJUDGED

    1. That plaintiff take nothing by way of her complaint; and

    2. That the action be, and it is hereby, dismissed.

DATED: June 30, 2014

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE